## WILLIAM GRAY

v.

## AUGUSTUS B. WOODWARD

### 1811

#### JOURNAL ENTRIES

1. Continuance . . . . . . . . . *Journal, infra,* \*p. 390
2. Dismissal . . . . . . . . . . . . . " 418

270

## PAPERS IN FILE

1. Precipe for capias . . . . . . . . . . . *Printed in Vol. 2*
2. Capias; order for bail; return . . . . . . . "
3. Dismissal . . . . . . . . . . . . "